United States District Court
Southern District of Texas
ENTERED

AUG 2 8 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
AUG 27 1998
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| CASSANDRA TERAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-32 |
| | § | |
| THE CITY OF BROWNSVILLE, | § | |
| A MUNICIPAL CORPORATION | § | |

### ORDER GRANTING DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT

**BE IT REMEMBERED** that on the 27th day of August, 1998, came on to be considered Defendant's Motion for More Definite Statement, and the Court, after reviewing the pleadings in this case ~~and hearing argument of counsel~~, is of the opinion that said Motion for More Definite Statement is hereby granted;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant's Motion for More Definite Statement is hereby granted, and the Plaintiff Cassandra Teran is ordered to replead her Complaint within 30 days of the signing of this order.

**SIGNED FOR ENTRY** this 27th day of August, 1998.

_____
JUDGE PRESIDING