8

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

*Casandra Juran*

versus

*City of Brownsville*

§
§
§
§
§
§
§
§

United States District Court
Southern District of Texas
FILED

SEP - 1 1998

Michael N. Milby, Clerk of Court

CIVIL ACTION B 98-32

United States District Court
Southern District of Texas
ENTERED

SEP 0 3 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

Order

The reference to the magistrate judge is withdrawn and this case is returned to the docket of Judge Hilda G. Tagle.

Court settings are cancelled but deadlines remain in effect.

Signed on _____September 1_____, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge