12

United States District Court
Southern District of Texas
FILED

OCT 28 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | | |
|---|---|---|
| CASSANDRA TERAN | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-32 |
| | § | |
| THE CITY OF BROWNSVILLE, | § | |
| A MUNICIPAL CORPORATION | § | |

## ORDER GRANTING JOINT MOTION FOR ADDITIONAL TIME TO CONDUCT DISCOVERY AND TO FILE DISPOSITIVE MOTIONS

**BE IT REMEMBERED** that on the 28 day of October, 1998, came on to be considered the parties' Joint Motion For Additional Time To Conduct Discovery And To File Dispositive Motions, and the Court, after reviewing the pleadings in this case and hearing argument of counsel, is of the opinion that said Motion For Additional Time To Conduct Discovery And To File Dispositive Motions is hereby granted;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant's Motion For Additional Time To Conduct Discovery And to File Dispositive Motions is hereby granted, and that the following dates are the new deadlines propounded by this Honorable Court:

1. The new discovery deadline is now December 15, 1998;

2. The deadline for filing of Dispositive Motions is now January 15, 1999;

3. The Joint Pre-trial Order being due on March 15, 1999;

4. The Joint Pre-trial hearing is scheduled for

_April 1_, 19_99_. at 9:30

**SIGNED FOR ENTRY** this _28_ day of _October_, 1998.

_____
**JUDGE PRESIDING**