United States District Court
Southern District of Texas
ENTERED

JAN 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, TEXAS

| | |
|---|---|
| CASSANDRA TERAN § | |
| § | |
| VS. § | CIVIL ACTION NO. B-98-32 |
| § | |
| THE CITY OF BROWNSVILLE, § | |
| A MUNICIPAL CORPORATION § | |

### ORDER GRANTING DEFENDANT'S MOTION FOR ADDITIONAL TIME TO FILE DISPOSITIVE MOTIONS

**BE IT REMEMBERED** that on the 14 day of July, 1999, came on to be considered Defendant's Motion For Additional Time To File Dispositive Motions, and the Court, after reviewing the pleadings in this case and hearing argument of counsel, is of the opinion that said Motion For Additional Time To File Dispositive Motions is hereby granted;

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Defendant's Motion For Additional Time To File Dispositive Motions is hereby granted, and the new deadline for filing of Dispositive Motions is now February 4, 1999.

**SIGNED FOR ENTRY** this 14 day of January, 1999, at Brownsville, Texas.

_____
**JUDGE PRESIDING**