United States District Court
Southern District of Texas
ENTERED

**FEB 0 1 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **CASSANDRA TERAN** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. B-98-32** |
| | § | |
| **THE CITY OF BROWNSVILLE** | § | |
| **A MUNICIPAL CORPORATION** | § | |

## ORDER GRANTING
## MOTION TO WITHDRAW

On this day, came before the Court Elia Cornejo Lopez's Motion to Withdraw as co-counsel in the above referenced case. The Court after reviewing the motion on file finds it should be granted.

IT IS, THEREFORE, ORDERED that Elia Cornejo Lopez is hereby released as co-counsel in the above referenced cause of action.

Signed in the Southern District, Brownsville Division, on the _____ day of _____, 1999.

_____
Hon. Hilda Tagle
U.S. District Judge