#19

**UNITED STATES DISTRICT COURT**   **SOUTHERN DISTRICT OF TEXAS**

Cassandra Juvian          §
                          §
*versus*                  §
                          §
The City of Brownsville, etal.§

CIVIL ACTION B-98-32

United States District Court
Southern District of Texas
ENTERED

FEB 26 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

Order Setting Trial

1.   Trial: Estimated time to try: _____ days.          ☐ Bench   ☐ Jury

2.   Joint pretrial order is due:                         5-19-99
     *The plaintiff is responsible for filing the pretrial order on time.*

3.   A final pretrial conference and docket call is set:  5-3-99
     *The case will remain on standby until tried.*       1:30 p.m.

4.   Each party shall appear by an attorney with full knowledge of the facts and
     authority to bind the client.

Signed _February 25th_____ , 199 9 , at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge