22

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAR 1 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Teran

§
§
§   CIVIL ACTION B- 98-32
§
§

versus

City of Brownsville

(Amended) Order Setting Trial

1. Trial: Estimated time to try: _____ days.      ☐ Bench    ☒ Jury

2. Joint pretrial order is due:                               4-19-99
   *The plaintiff is responsible for filing the pretrial order on time.*

3. A final pretrial conference and docket call is set:        5-3-99
   *The case will remain on standby until tried.*              1:30 p.m.

4. Each party shall appear by an attorney with full knowledge of the facts and authority to bind the client.

Signed  March 16th , 199 9 , at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge